Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
_____ Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 06 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| ARTHUR CARSON | Case No. 4:23cv328-JM |
| | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| DAVID HOLLEYMAN UAMS MEDICAL SCIENCE | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

This case assigned to District Judge Moody
and to Magistrate Judge Erwin

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Arthur Carson |
   | Street Address | 4220 W. 11th Street |
   | City and County | Little Rock |
   | State and Zip Code | 72204 |
   | Telephone Number | 501-240-3437 |
   | E-mail Address | artcarson67@gmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

- Name: Daniel Holleyman
- Job or Title (if known): Emergency Room Physician
- Street Address: 4301 W. Markhan Street
- City and County: Little Rock
- State and Zip Code: AR 72205
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2

- Name: UAMS Hospital
- Job or Title (if known): Medical Center
- Street Address: 4301 W. Markham Street
- City and County: Little Rock
- State and Zip Code: AR 72205
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. 1983; 42 U.S.C. 1985; 28 U.S.C. 1367; 20-10-1208 ARK CODE ANN., 27-53-103 ARK. CODE ANN.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$100,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
UAMS Emergency Room, UNKNOWN NURSE AND DANIEL HOLLEYMAN CONSPIRED TO DEPRIVE MEDICAL TREATMENT, AND FALSIFIED MEDICAL RECORDS AS RETALIATION.

B. What date and approximate time did the events giving rise to your claim(s) occur?
1/18/2023, 4:44 P.M.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

After a Oral complaint to Daniel Holleyman, and Unknown Nurse regarding the lack of Medical Treatment at UAMS for the swelling and Excruciating Pain from a Torn Quadricep on My Right leg, I left for Treatment at Chi St Vincent Hospital. after Surgery several weeks later, I discovered Daniel Holleyman, as Retaliation inserted false information regarding My Medical condition to cast false light On Me in triage notes, e.g.," Recurrent episode, severe, without mention of psychotic behavior (9/16/13)". This is not a true or accurate diagnosis, and done soley to cause harm, and change the way I am treated or medically evaluated, and it interfere,hampers with My Access to Court, where painting Me Psychotic eviscerates My right to fair and accurate Medical Records, or receiving the correct medication.
UAMS has allowed its Employees Run amok, to the detriment of Patients, and were indifferent to My Medical needs on 1/18/23.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Subjected to receiving the wrong Medication or evaluation in the future, and chills My Right to complain of the lack of or improper Medical treatment without Reprisals.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Declaratory or injunctive Relief, and $100,00 Compensatory and Punitive Judgement on all Defendants.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/04/2023

Signature of Plaintiff: *Arthur Carson*

Printed Name of Plaintiff: ARTHUR CARSON

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address