IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARTHUR CARSON**                                                                       **PLAINTIFF**

v.                      **Case No. 4:23-cv-00328-JM**

**UAMS, Hospital,** *et al*.                                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of May, 2023.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE