# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2215
_____

Arthur Carson

Plaintiff - Appellant

v.

UAMS Medical Center, Hospital; Daniel Holleyman, Emergency Room Physician

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00328-JM)

------

**JUDGMENT**

Before BENTON, KELLY, and KOBES, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

    July 03, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 03, 2023

Mr. Arthur Carson
Apartment 29
600 Church Street
Lonoke, AR  72086

      RE:  23-2215  Arthur Carson v. UAMS Medical Center, et al

Dear Mr. Carson:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                    Michael E. Gans
                                    Clerk of Court

HAG

Enclosure(s)

cc:      Clerk, U.S. District Court, Eastern District of Arkansas

        District Court/Agency Case Number(s):   4:23-cv-00328-JM

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, July 3, 2023 1:14 PM |
| **Subject:** | 23-2215 Arthur Carson v. UAMS Medical Center, et al "judgment filed sua sponte affirmed 47A" (4:23-cv-00328-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/03/2023

| | |
|---|---|
| **Case Name:** | Arthur Carson v. UAMS Medical Center, et al |
| **Case Number:** | 23-2215 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGMENT FILED - This case is summarily affirmed in accordance with Eighth Circuit Rule 47A. DUANE BENTON, JANE KELLY and JONATHAN A. KOBES Adp June 2023 [5292268] [23-2215] (Hillary Grupe)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Arthur Carson
Apartment 29
600 Church Street
Lonoke, AR 72086

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/HillaryGrupe_232215_5292268_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/03/2023] [FileNumber=5292268-0]
[8a4311e660bb95ea00edd593e3ca510f7c3d534475aa149180247342b7fef6fd6a7575dd08727fef101fdb022aeb08fa1f834672758f78d68c7d84b0e9a26081]]
**Recipients:**

- Mr. Arthur Carson
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court

**Document Description:** Judgment: Judge Directed
**Original Filename:** /opt/ACECF/live/forms/HillaryGrupe_232215_5292268_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/03/2023] [FileNumber=5292268-1]
[2ab5e44998f921b4bcfe696126c1ca5a353003a9ae2b0fe4bf78cb2c94d30f96c2309d854494d90e4c679dba1d23a2cddbf600758af4b4b4858b2f71c2cb9148]]
**Recipients:**

- Mr. Arthur Carson
- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5292268
**RELIEF(S) DOCKETED:**
  affirmed 47A
**DOCKET PART(S) ADDED:** 7308640, 7308641, 7308642